1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY VOAG, *et al.*,

                 Plaintiffs,

   v.

MICHELLE FISH, *et al.*,

                 Defendants.

Case No. C19-1588-MJP

ORDER DIRECTING PLAINTIFF TO SUBMIT *IN FORMA PAUPERIS* APPLICATION

14       This is a complaint for violation of civil rights by *pro se* Plaintiffs Ashley Voag and

15 Joseph Beading. (Dkt. # 1-1.) Plaintiff Ashley Voag submitted an application to proceed *in*

16 *forma pauperis* ("IFP") on October 4, 2019. (Dkt. # 1.) On October 8, 2019, the Clerk of the

17 Court sent Plaintiffs a letter advising that Plaintiff Joseph Beadling must also submit an IFP

18 application by October 28, 2019. (Dkt. # 2.)

19       To date, Plaintiff Beadling has neither submitted an IFP form nor paid the requisite filing

20 fee. Accordingly, Plaintiff Beadling is directed to pay the $400.00 filing fee or submit an IFP

21 application by no later than **November 8, 2019**. Plaintiff Beadling is advised that failure to do so

22 will result in a recommendation that Plaintiff Beadling be dismissed from this action.

23

1   The Clerk is directed to send a copy of this Order to Plaintiffs and the Honorable Marsha

2   J. Pechman. The Clerk is further directed to send Plaintiff Beadling another copy of the IFP

3   application approved for use in this district.

4           Dated this 30th day of October, 2019.

5

6                                                   MICHELLE L. PETERSON
                                                    United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DIRECTING PLAINTIFF TO SUBMIT IN
FORMA PAUPERIS APPLICATION - 2