UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY VOAG, *et al.*,

    Plaintiffs,

v.

MICHELLE FISH, *et al.*,

    Defendants.

Case No. C19-1588-MJP

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Plaintiff Ashley Voag's motion for leave to proceed *in forma pauperis* ("IFP"). (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 13th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1