UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY VOAG, *et al.*,

                            Plaintiffs,

        v.

MICHELLE FISH, *et al.*,

                            Defendants.

Case No. C19-1588-MJP

REPORT AND RECOMMENDATION

This is a complaint for violation of civil rights by *pro se* Plaintiffs Ashley Voag and Joseph Beadling. (Dkt. # 1-1.) Plaintiff Ashley Voag submitted an application to proceed *in forma pauperis* ("IFP") on October 4, 2019. (Dkt. # 1.) On October 8, 2019, the Clerk of the Court sent Plaintiffs a letter advising that Plaintiff Joseph Beadling must also submit an IFP application by October 28, 2019. (Dkt. # 2.) Plaintiff Beadling did not submit an IFP application by that date. On October 30, 2019, the Court ordered Plaintiff Beadling to pay the requisite filing fee or submit an IFP application by November 8, 2019. (Dkt. # 3.) The Court advised Plaintiff Beadling that failure to do so would result in a recommendation that he be dismissed from this action. (*Id.*)

REPORT AND RECOMMENDATION - 1

1    To date, Plaintiff Beadling has neither submitted an IFP form nor paid the requisite filing

2  fee. Accordingly, the Court recommends that Plaintiff Beadling be dismissed from this action

3  without prejudice. A proposed order accompanies this Report and Recommendation.

4    Objections to this Report and Recommendation, if any, should be filed with the Clerk and

5  served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and

6  Recommendation is signed. Failure to file objections within the specified time may affect your

7  right to appeal. Objections should be noted for consideration on the District Judge's motions

8  calendar for the third Friday after they are filed. Responses to objections may be filed within

9  **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be

10  ready for consideration by the District Judge on **November 29, 2019**.

11    The Clerk is directed to send a copy of this Order to Plaintiffs and the Honorable Marsha

12  J. Pechman.

13    Dated this 13th day of November, 2019.

14

15
 _____
 MICHELLE L. PETERSON
16
 United States Magistrate Judge

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2