UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY VOAG, *et al.*,

                Plaintiffs,

v.

MICHELLE FISH, *et al.*,

                Defendants.

Case No. C19-1588-MJP-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff Joseph Beadling is dismissed without prejudice from this action.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 6 day of December, 2019.

MARSHA J. PECHMAN
United States District Judge

ORDER - 1