1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ASHLEY VOAG, *et al.*,

         Plaintiffs,

    v.

MICHELLE FISH, *et al.*,

         Defendants.

Case No. C19-1588 MJP

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

      On February, 20, 2020, the Court granted Plaintiffs' motion for an extension of time to file the joint status report and ordered the report to be filed by March 20, 2020 (Dkt. #14).  To date, no report has been filed.  As indicated in the Court's Order Regarding Initial Disclosures and Joint Status Report, Plaintiffs are responsible for initiating the process needed to comply (Dkt. #12).  Accordingly, Plaintiffs are now ORDERED TO SHOW CAUSE on or before July 14, 2020 why this action should not be dismissed for failure to prosecute and failure to comply with the Court's Minute Order.  Absent a timely response to this Minute Order, this action WILL BE DISMISSED without prejudice.

      DATED this 24th day of June, 2020.

                              WILLIAM M. McCOOL, Clerk
                              UNITED STATES DISTRICT COURT

                              By    *s/Lowell Williams*, Deputy Clerk

MINUTE ORDER