UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY VOAG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEANNA KAZEN, MARY WETHERED, JASMINE ALONSO, HONORABLE MILLIE JUDGE, HONORABLE RICHARD OKRENT, HONORABLE GEORGE APPEL, SUSAN BECKFORD, CRYSTAL ALFORD, ROBERT JOHN DIGERONIMO, MD, CRAIG JACKSON, MD, CHAD GORDSKE, MARYSVILLE POLICE DEPARTMENT, MICHELLE FISH,<br><br>　　　　Defendants. | NO. 19-CV-1588 MJP<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR CRAIG JACKSON, M.D.<br><br>NOTED FOR CONSIDERATION: JUNE 19, 2020 |

　　　THIS MATTER, having come before the Court on Defendant Dr. Jackson's Motion for Withdrawal and Substitution of Counsel, and the Court having considered:

　　　1.　Defendant Dr. Jackson's Motion for Withdrawal and Substitution of Counsel;

2. _____

_____;

3. _____

_____; and

the papers and pleadings on file herein, with the Court being fully apprised of the matters pled therein, NOW IT IS HEREBY ORDERED that Dr. Jackson's Motion for Withdrawal and Substitution of counsel is GRANTED.  Michael B. McDermott and Johnson, Graffe, Keay, Moniz & Wick, LLP are no longer counsel of record for Craig Jackson, M.D.  IT IS FURTHER ORDERED THAT Rhianna M. Fronapfel and Bennett, Bigelow and Leedom, P.S., pursuant to her Notice of Appearance, are now counsel of record for Craig Jackson, M.D.   Mr. McDermott and Johnson, Graffe, Keay, Moniz & Wick, LLP remain counsel of record for Robert John DiGeronimo, M.D.

Ordered this \_30th\_\_\_ day of \_\_June\_\_, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:
JOHNSON, GRAFFE, KEAY, MONIZ & WICK, LLP

**s/Michael B. McDermott**
Michael B. McDermott, WSBA #42773
*Attorney for Defendants DiGeronimo and Jackson*
Johnson, Graffe, Keay, Moniz & Wick, LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
Phone: (206) 223-4770
Fax: (206) 386-7344
McDERMOTTM@jgkmw.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that the following is true and correct:

That on the date signed below, I caused to be served in the manner indicated a true and accurate copy of the foregoing, **ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR CRAIG JACKSON, M.D.**, by the method indicated below and addressed to the following:

| Recipient | Method | |
|---|---|---|
| Ashley Voag<br>PO Box 522<br>Darrington WA 98241<br>*Plaintiff Pro Se* | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile | ☐ Overnight<br>☐ Electronic Filing (CM/ECF)<br>☐ Messenger |
| Deborah A Severson<br>Snohomish County Prosecuting Attorney's Office<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecutor – Civil Division<br>3000 Rockefeller Ave, M/S 504<br>Everett, WA 98201<br>*Counsel for Defendants Millie Judge, George Appel, Richard Okrent, and Chat Gwordske* | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile | ☐ Overnight<br>☒ Electronic Filing (CM/ECF)<br>☐ Messenger |
| John Walker<br>Marysville City Attorney's Office<br>1049 State Avenue<br>Marysville, WA 98270<br>*Counsel for Defendant Marysville Police Department*<br><br>George A. Mix<br>Mix Sanders Thompson, PLLC<br>1420 Fifth Ave., Suite 2200<br>Seattle, WA 98101<br>*Attorney for Defendant Marysville Police Department* | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile | ☐ Overnight<br>☒ Electronic Filing (CM/ECF)<br>☐ Messenger |

| | |
|---|---|
| Jeremy B. Jones<br>Assistant Attorney General<br>Office of the Attorney General<br>Torts Division<br>800 Fifth Ave., Suite 2000<br>Seattle, WA 98104<br>*Attorney for Defendants Michelle Fish, Jasmine Alonso, Mary Wethered and Deanna Kuzen* | ☐ U.S. Mail    ☐ Overnight<br>☐ Hand Delivery  ☒ Electronic Filing (CM/ECF)<br>☐ Facsimile<br>☐ Messenger |

Signed this 4th day of June, 2020 at Seattle, Washington.

<u>s/Sandra Cameron</u>
Sandra Cameron, Legal Assistant
Johnson, Graffe, Keay, Moniz & Wick, LLP
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
Phone: (206) 223-4770
Fax: (206) 386-7344
Sandra@JGKMW.com

**ORDER GRANTING MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR CRAIG JACKSON, M.D. – 4**