UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY VOAG, et al., | CASE NO. C19-1588 MJP |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| ROBERT JOHN DIGERONIMO et al., | |
| Defendants. | |

On June 24, 2020, the Court issued an Order to Show Cause requiring Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute and failure to comply with the Court's order directing the parties to meet and confer and issue a Joint Status Report. Dkt. No. 36. The deadline for Plaintiffs to show cause was July 14, 2020. Plaintiffs have failed to file anything in response to the order; therefore,

IT IS ORDERED that this matter is DISMISSED without prejudice for failure to comply with the Court's orders and to prosecute this matter in a timely and proper fashion.

1     The clerk is ordered to provide copies of this order to all counsel and to mail a certified

2 copy (return receipt requested) to Plaintiff Ms. Voag.

3     Dated July 21, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2